UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 1:20-cv-00688-NONE-EPG<br><br>ORDER GRANTING JOINT STIPULATION REQUESTING CONTINUANCE OF THE JULY 9, 2021 DEADLINE TO FILE DISMISSAL DOCUMENTS<br><br>(ECF No. 17) |

On April 1, 2021, the parties filed a notice of settlement. (ECF No. 15.) Accordingly, on April 2, 2021, the Court ordered the parties to file appropriate dismissal documents no later than July 9, 2021. (ECF No. 16.) On July 8, 2021, the parties filed a stipulation requesting to extend the deadline to file dismissal documents. (ECF No. 17.) According to the stipulation, there was an unexpected delay in obtaining Plaintiff's signature on the settlement agreement and the parties anticipate the appropriate dismissal documents will be filed no later than September 27, 2021. (*Id.*)

The Court will grant the parties' request. However, no further extensions will be granted absent a showing of good cause. *See* E.D. Cal. L.R. 160(b).

///

///

1

Accordingly, IT IS HEREBY ORDERED that the parties shall file appropriate dismissal documents no later than September 27, 2021.

IT IS SO ORDERED.

Dated: **July 9, 2021**

/s/ Errin P. Groj
UNITED STATES MAGISTRATE JUDGE